

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2021

No. 04-92-00406-CR

Cornell **DRUMMER**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 91-CR-1948-A
Honorable Peter Michael Curry, Judge Presiding

# O R D E R

This court's opinion issued in this appeal on May 26, 1993, and this court's mandate issued on January 13, 1994. Appellant has filed a letter seeking the status of a motion purportedly filed with this court thirteen years ago, so that the matter can be brought to the court's attention for a ruling. This court's plenary power in this appeal has expired, and this court no longer has jurisdiction. *See* TEX. R. APP. P. 19.1 (specifying the period of plenary power); *id.* R. 19.3 ("After its plenary power expires, the court cannot vacate or modify its judgment."). Because we have no jurisdiction to consider any motion or request filed by appellant in this appeal, appellant's request is DISMISSED FOR LACK OF JURISDICTION.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court